UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-60194-AHS

MILTON JONES MANAGEMENT CORPORATION,

    Plaintiff,

v.

INTERSTATE FIRE & CASUALTY INSURANCE
COMPANY, UNITED SPECIALTY INSURANCE
COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S,
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,
and VELOCITY RISK UNDERWRITERS, LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, MILTON JONES MANAGEMENT CORPORATION, and INTERSTATE FIRE & CASUALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S, hereby jointly advise the Court that the Parties have reached a settlement in the above-captioned matter. The Parties are in the process of preparing a formal settlement agreement and expect to file with the Court a Joint Stipulation for Dismissal. The Parties Request that the Court stay all deadlines in the case while they finalize the settlement.

Dated: March 27, 2023

                                            Respectfully Submitted

| **WOOD, SMITH, HENNING & BERMAN**<br>7835 NW Beacon Square Blvd., Second Floor<br>Boca Raton, FL 33487<br>Telephone: 954-932-3500 | **DI PIETRO PARTNERS PLLC**<br>901 Las Olas Blvd., Suite 202<br>Fort Lauderdale, FL 33301<br>*Primary Service Email:*<br>*service@ddpalaw.com* *Secondary Service Email:* |

| | |
|---|---|
| Fax: 954-932-3501<br><br>/s *Sarah Weber*<br>**SARAH WEBER, ESQ.**<br>Florida Bar No.: 40793<br>sweber@wshblaw.com<br>RICHARD M. SINGER, ESQ.<br>Florida Bar No. 93036<br>rsigner@wshblaw.com<br>*Attorneys for the Defendants* | *paralegal2@ddpalaw.com*<br>Telephone: (954) 712-3070<br><br>*/s/ Lisandra Estevez*<br>**DAVID DI PIETRO, ESQ.**<br>Florida Bar No.: 10370<br>david@ddpalaw.com<br>**LISANDRA ESTEVEZ, ESQ.**<br>Florida Bar No.: 111475<br>lisandra@ddpalaw.com<br>*Counsel for Plaintiff* |