UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60194-CIV-SINGHAL

MILTON JONES MANAGEMENT CORPORATION,

    Plaintiff,

v.

INTERSTATE FIRE & CASUALTY INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and VELOCITY RISK UNDERWRITERS, LLC,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement (DE [83]), which indicates the remaining parties have reached a settlement in the case and expect to file a joint stipulation of dismissal. The Court having carefully reviewed the file, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. Any pending motions are **DENIED AS MOOT** and to be reinstated if settlement is not reached and the matter is reopened.

5. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of March 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF